UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MELINA RAZAVI,<br>          Plaintiff,<br>     v.<br>WAL-MART STORES, INC.,<br>          Defendant. | Case No.15-cv-04740 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE ON APRIL 27, 2016** |

Melina Razavi filed this case pro se in October 2015. In November 2015, the Court ordered service on the defendant. Wal-Mart has not appeared in this litigation. No party attended the January 12, 2016, case management conference.

The Court sets a further case management conference in this case on April 27, 2016, at 10:00 a.m. in Courtroom 7 in the San Jose courthouse. By April 20, Razavi must submit a case management statement, updating the Court on the status of service on defendant Wal-Mart.

If Razavi does not appear at the case management conference, the Court will dismiss this case for failure to prosecute. Fed. R. Civ. P. 41(b).

For additional guidance, the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States

Case No.15-cv-04740 NC

1  Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and
2  The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA
3  (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling
4  (408) 297-1480.
5  **IT IS SO ORDERED.**

7  Dated:  April 8, 2016                             _____
8                                                    NATHANAEL M. COUSINS
                                                     United States Magistrate Judge

Case No.:15-cv-04740-NC           2