1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7   MELINA RAZAVI,                              Case No. 15-cv-04740-NC

8                 Plaintiff,

9        v.                                     **ORDER RE APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS**
10  WAL-MART STORES, INC.,                      Re: Dkt. No. 10

11               Defendant.

12

13        ( )     IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

14  Issuance of summons and service will be determined separately.

15        ( X )    The complaint having been found to comply with Title 28 USC § 1915, IT IS

16  FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the

17  U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of

18  the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order

19  upon the defendant.

20        ( )     IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and

21  that the filing fee of $400.00 be paid no later than.  Failure to pay the filing fee by that date will

22  result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised

23  of his/her responsibility to serve the complaint and any amendments, scheduling orders,

24  attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing

25  obligation to keep the Court informed of his or her current address.  Failure to do so may result in

26  dismissal of this action.

27        ( )     IT IS ORDERED that the application to proceed in forma pauperis is DENIED and

28  the plaintiff is further ordered that:

United States District Court
Northern District of California

1    (  )    Filing fee waived in part: partial payment of $ due on, remaining balance to be

2  waived.

3    (  )    Partial payment of $ due on, remaining balance due and payable on.

4    (  )    Partial payment of $ due on, remaining balance due in installments as follows:  .

5    Failure to pay this amount will result in dismissal of the above-entitled action without

6  prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any

7  amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil

8  Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current

9  address.  Failure to do so may result in dismissal of this action.

10

11  Dated:  April 25, 2016

12  _____

13  NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELINA RAZAVI,

            Plaintiff,

     v.

WAL-MART STORES, INC.,

            Defendant.

Case No.   15-cv-04740-NC

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on April 25, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melina  Razavi
1200 Franklin Mall
Santa Clara, CA 95050

Dated: April 25, 2016

Susan Y. Soong
Clerk, United States District Court

By:_ *Lili M. Harrell* _____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

3